FROM THE FLOOR, THE CLAIR WOMEN INCLUDE THE MEN AS BACKGROUND CHARACTERS ON THE YouTube CHANNEL, WHO SHARES THE STATO IN VOICE OF A COMPLICATED, EASY TO READ OBSERVATION EDIT OF
judges: Gilman, Thomas, Friedland